**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

RAFAEL OROZCO,

    Plaintiff,

v.                                                    Case No. 13-12288

UNITED STATES OF AMERICA,

    Defendant.
                                                        /

**ORDER REINSTATING PRIOR DISCOVERY DEADLINES**

On October 4, 2013, the court issued an order granting the parties' request to adjourn all of the case deadlines for 30 days in light of government counsel's furlough status. [Dkt. #27] On October 18, 2013, the government informed the court that the attorney in charge of this case had been reinstated. Because the furlough was limited to a few days, no good reason exists for case deadlines to remain delayed by 30 days. Accordingly,

IT IS ORDERED that the court's prior scheduling order [Dkt. #19] is reinstated.

                                                     s/Robert H. Cleland
                                                     ROBERT H. CLELAND
                                                     UNITED STATES DISTRICT JUDGE

Dated: October 24, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 24, 2013, by electronic and/or ordinary mail.

                                           s/Lisa Wagner  
                                           Case Manager and Deputy Clerk  
                                           (313) 234-5522